Letter to the Judge CASE# 20-11345
Robert E Coyle

Because of the corona pandemic i've had a hard time retaining an attorney. I now have found Janet Lawson. I'm incosing an email from her stating to get local counsel to help file my docs as she is on vacation this week. Their will be a law suit included with this bankrupsy i've inc all docs the best i could fill out. She will resume with the case and suit I could not find an attorney to help today. Please don't thraw my case out.

Michael Porrock

Case # 20-11345-B-13

FILED
MAY -5 2020
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
VCAF