STATE OF CALIFORNIA - BUSINESS, CONSUMER SERVICES AND HOUSING AGENCY　　　　　　GAVIN NEWSOM, *Governor*

**DEPARTMENT OF REAL ESTATE**
1651 EXPOSITION BOULEVARD
P.O. BOX 137000
SACRAMENTO, CA 95813-7000
(877) 373-4542



April 16, 2020

Case # 20-11345

MICHAEL CHUCK PORTER
1283 NORTH LUCERNE LANE
FRESNO, CA 93728

FILED
MAY - 5 2020
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

VCAF

Re: DRE#4-20-0407-008
　　Pouyan Broukhim et al.

Dear Mr. Porter:

Your complaint regarding the above-named individual has been assigned to Real Estate Special Investigator **Kristen Rodrigues** for review and appropriate action.

To assist our handling of this matter, please address future correspondence, including our reference number to the attention of the Special Investigator to whom the case has been assigned.

Sincerely,

Chika Sunquist
Supervising Special Investigator I
Mortgage Loan Activities

CS

cc:　JULIE GREENFIELD
　　　339 SAN MARINO
　　　IRVINE, CA 92614

**California TD Specialists**
**8190 East Kaiser Blvd.**
**Anaheim Hills, California 92808**
**(714) 283-2180**

### NOTICE TO BORROWER OF POSTPONEMENT OF TRUSTEE'S SALE

**April 7, 2020**

| | | |
|---|---|---|
| Re: | T.S. Number: | **84310**    Loan #: 399229008 |
| | Borrower: | **MICHAEL CHUCK PORTER** |
| | Property Address: | **1283 NORTH LUCERNE LANE** |
| | | **FRESNO, CA 93728-1712** |

You are hereby notified that the above-referenced Trustee's Sale previously scheduled for **4/7/2020** at **10:30 AM** has been postponed to **4/28/2020** at **10:30 AM** at the place originally set forth in the Notice of Trustee's Sale.

**YOU MAY NOT RECEIVE WRITTEN NOTICE OF POSTPONEMENT EACH TIME THE TRUSTEE'S SALE IS POSTPONED. TO PROTECT YOUR INTEREST IN THE PROPERTY, IT IS IMPORTANT THAT YOU MONITOR ALL POSTPONEMENTS OF THE TRUSTEE'S SALE.**

You may monitor trustee's sale postponements by attending the scheduled trustee's sale at the place in the notice of trustee's sale and at the date and time in the most recent public declaration of postponement. While a public declaration at the time set for trustee's sale is the official method for postponing a trustee's sale, you can also obtain information about further trustee's sale postponements by calling 844-477-7869 or through the following website: www.stoxposting.com and by accepting the terms and conditions for that resource. **UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE WITHOUT FURTHER NOTICE.**

If you are currently in a bankruptcy proceedings, or have previously obtained a discharge of this debt under applicable bankruptcy law, this notice is for information only and is not an attempt to collect the debt, or a demand for payment, or an attempt to impose personal liability for that debt. You should consult with your bankruptcy attorney or other advisor about your legal rights and options. In addition, if you are currently in a bankruptcy proceeding, approval of any program for which you may be eligible is contingent on approval by the bankruptcy court in your bankruptcy case.

**CALIFORNIA TD SPECIALISTS, AS TRUSTEE**
as authorized agent of the beneficiary




Title Order No.:     1414971CAD
Trustee Sale No.:     84310
Loan No.:     399229008
APN:     451-261-06

### NOTICE OF TRUSTEE'S SALE - continued

all right, title and interest conveyed to and now held by it under said Deed of Trust in the property situated in said County, California describing the land therein: The South half of Lot 22 of Lucerne Tract in the City of Fresno, County of Fresno, State of California, as shown on Map recorded in Book 5 Page 10 of Record of Surveys, Fresno County Records

The property heretofore described is being sold "as is". The street address and other common designation, if any, of the real property described above is purported to be:     1283 NORTH LUCERNE LANE FRESNO, CA 93728-1712.

The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, if any, under the terms of the Deed of Trust, estimated fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust, to-wit:

$167,035.07 (Estimated)
Accrued interest and additional advances, if any, will increase this figure prior to sale.

The beneficiary under said Deed of Trust heretofore executed and delivered to the undersigned a written Declaration of Default and Demand for Sale, and a written Notice of Default and Election to Sell. The undersigned caused said Notice of Default and Election to Sell to be recorded in the county where the real property is located and more than three months have elapsed since such recordation.

DATE: 3/11/2020

CALIFORNIA TD SPECIALISTS, AS TRUSTEE, as Trustee
8190 EAST KAISER BLVD., ANAHEIM HILLS, CA 92808
PHONE: 714-283-2180
FOR TRUSTEE SALE INFORMATION LOG ON TO: www.stoxposting.com
CALL: 844-477-7869

PATRICIO S. INCE', VICE PRESIDENT

**CALIFORNIA TD SPECIALISTS IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

2

# Declaration of Mortgage Servicer Pursuant to Civil Code Section 2923.5(b) or 2923.55(c)

| Borrower(s): | Michael Chuck Porter |
|---|---|
| Loan Number: | 399229008 |
| Mortgage Servicer | FCI Lender Services, Inc. |
| Property Address: | 1283 North Lucerne Lane |
| | Fresno, CA 93728 |
| Trustee Sale Number: | 04710 |

The undersigned, as Beneficiary/Lender, or an authorized agent of the Beneficiary/Lender named below, declares that:

1. The mortgage servicer has contacted the borrower pursuant to California Civil Code Section 2923.5(a)(2) or Section 2923.55(b)(2) to "assess the borrower's financial situation and explore options for the borrower to avoid foreclosure". Thirty (30) days, or more, have passed since the initial contact was made.

2. Despite the exercise of due diligence pursuant to California Civil Code Section 2923.5(e) or Section 2923.55(f), the mortgage servicer has been unable to contact the borrower to "assess the borrower's financial situation and explore options for the borrower to avoid foreclosure". Thirty (30) days, or more, have passed since these due diligence efforts were satisfied.

3. No contact was required by the mortgage servicer because the individual(s) did not meet the definition of "borrower" pursuant to subdivision (c) of California Civil Code Section 2920.5.

4. The requirements of California Civil Code Section 2923.5 or Section 2923.55 do not apply because the loan is not secured by a first mortgage or first deed of trust that secures a loan, or that encumbers real property, described in California Civil Code Section 2924.15(a).

I certify under penalty of perjury that this declaration is accurate, complete and supported by competent and reliable evidence which as the Beneficiary/Lender has reviewed to substantiate the borrower's default and the right to foreclose, including the borrower's loan status and loan information.

FCI Lender Services, Inc  
Mortgage Servicer

11/29/19  
Date:

Gabriela Cruz  
Name (Print)

Pre-Foreclosure Coordinator  
Title (Print)

Signature

# FCI Lender Services, Inc.

Toll Free: (800) 931-2424  Hrs.: Mon-Fri 8:00 a.m. - 5:00 p.m. (PT)
Website: www.trustfci.com   NMLS #4920   DRE #01022780
PO BOX 27370 Anaheim CA 92809-0112   Fax: (714) 282-2429

## Payment Statement

Statement Date: 10/12/2019
customerservice@trustfci.com

### Account Information

| | | | |
|---|---|---|---|
| Outstanding Principal Balance: | $148,500.00 | Escrow Balance: | $0.00 |
| Deferred Amounts: | $0.00 | Suspense Balance: | $0.00 |
| Current Interest Rate: | 9.000% | Restricted Suspense: | $0.00 |
| Next Interest Rate Change Date: | - | Loan Maturity Date: | 09/01/2020 |
| Remaining Loan Term (Months): | 13 | Payment Type: | Interest Only - Pymt/ Fixed Rate |
| Prepayment Penalty: | NO | Next Due Date: | 09/01/2019 |

| | |
|---|---|
| Account Number: | 399229008 |
| Payment Due Date: | 11/01/2019 |
| **AMOUNT DUE** | **$5,086.12** |

If Payment is not received by 11/12/2019, $111.38 Late Fee will be charged

### Explanation of Payment Due

| | |
|---|---|
| Principal: | $0.00 |
| Interest: | $1,113.75 |
| Other Amounts Due: | $0.00 |
| Escrow (Taxes and/or Insurance) | $0.00 |
| **Current Payment:** | **$1,113.75** |
| Total Fees and Charges: | $0.00 |
| Overdue Payments: | $3,972.37 |
| **Total Amount Due:** | **$5,086.12** |

**Michael Chuck Porter**
**1537 W Cortland Avenue**
**Fresno, CA 93705**

In the event this loan was recently service transferred, figures on this statement are subject to revision.

### Transaction Activity Since (08/12/2019 - 10/12/2019)  To view all transactions please log into www.trustfci.com

| Date | Description | Charges | Payments | Date | Description | Charges | Payments |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal: | $0.00 | $0.00 |
| Interest: | $0.00 | $5,828.63 |
| Escrow (Taxes and/or Insurance): | $0.00 | $0.00 |
| Fees: | $0.00 | $0.00 |
| * Partial Payment( Unapplied/Suspense ) | $0.00 | $0.00 |
| Others: | $0.00 | $185.00 |
| **TOTAL:** | **$0.00** | **$6,013.63** |

If You Are Experiencing Financial Difficulty:
See back for info about Mortgage Counseling or assistance.

### Account History

**Recent Payment Account History:**
* Payment due 05/01/2019: Fully Paid on 05/08/2019
* Payment due 06/01/2019: Fully Paid on 06/07/2019
* Payment due 07/01/2019: Fully Paid on 08/05/2019
* Payment due 08/01/2019: Fully Paid on 08/05/2019
* Payment Due 09/01/2019: Unpaid balance of $2,239.87
* Payment Due 10/01/2019: Unpaid balance of $1,732.50
* Current Payment Due 11/01/2019: $1,113.75

Total: **$5,086.12** due. You must pay this amount to keep your loan current.

----------PLEASE DETACH THE BOTTOM PORTION OF THIS STATEMENT, RETURN IT WITH YOUR PAYMENT AND RETAIN THE TOP PORTION FOR YOUR RECORDS----------

 FCI Payment Coupon
Please do not Staple or Paperclip

 Pay your bill online ($15.00 fee)
https://lirs.trustfci.com/borrower

 Pay by Phone ($18.00 fee)
800-931-2424

 MoneyGram:CODE 5090, (Call
800-555-3133 for locations and fees)

FCI Lender Services, Inc.
PO Box 27370
Anaheim, CA 92809-0112

### Amount Due

| | |
|---|---|
| Account: | 399229008 |
| Current Payment Due By 11/01/2019: | $1,113.75 |
| Total Payment(s) | $5,086.12 |

$111.38 Late Fee will be charged after 11/12/2019

| | |
|---|---|
| Additional Principal: | |
| Additional Escrow: | |
| **Total Amount Enclosed:** | |

☐ Check box if your address or phone number has changed
And complete the form on the back of this page.

**Property Address:** 1283 North Lucerne Lane
Fresno, CA 93728

*030**LS-BPC* *399229008* *11/01/19* 5086.12


