Michael H. Meyer, Esq. #82336
Chapter 13 Trustee
Sarah R. Velasco, #255873
Staff Attorney
P.O. Box 28950
Fresno, CA 93729-8950
Tel (559) 275-9512
Fax (559) 275-9518
E-mail: cvinson@meyer13.com

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: | CASE NO. 20-11345-B-13 |
| MICHAEL CHUCK PORTER | DC NO.:　MHM-1 |
| Debtor | CHAPTER 13 PROCEEDING |
| | MOTION TO DISMISS PURSUANT TO 11 U.S.C. §1307 |
| | DATE:　June 24, 2020<br>TIME:　9:30 a.m.<br>PLACE:　U.S. Courthouse<br>　　　5th Floor, Dept. B, Courtroom 13<br>　　　2500 Tulare Street<br>　　　Fresno, Ca 93721 |
| | JUDGE:　Hon. Rene Lastreto II |

**TO THE DEBTOR AND DEBTOR'S ATTORNEY:**

**YOU AND EACH OF YOU** are hereby notified that Michael H. Meyer, Chapter 13 Standing Trustee, will move to **DISMISS FOR CAUSE** the above-referenced case pursuant to §1307 of the Bankruptcy Code at the time and place set forth above for the following reason(s):

1. Unreasonable delay by the debtor that is prejudicial to creditors. [11 U.S.C. §1307(c)(1)]

2. Failure to appear at the scheduled 341 Meeting of Creditors.

3. Debtor provided no documents to the Trustee. Debtor is required to provide the following documentation (if applicable):

　　a.) Class 1 Checklist, <u>with most recent mortgage statement</u>. LBR 3015-1(b)(6)

　　b.) Evidence of payment to Class 1 Claims. See Order Re: Chapter 13 Plan Payments, Adequate Protection Payments, and Employer Payment Advices issued on the date the petition was

filed.

  c.) Domestic Support Obligation Checklist.  LBR 3015-1(b)(6)

  d.) Authorization to Release Information.  LBR 3015-1(b)(6)

  e.) All pages of the most recent Federal Tax Return filed by the debtors.  [11 U.S.C. 521(e)(2)(A)(B)] Tax returns shall be provided 7 days prior to 341 Meeting of Creditors or the court shall dismiss if not provided.

  f.) Copies of all payment advices or other evidence of payment received within 60 days before the date of filing of the petition. [11 U.S.C. §521(a)(1)(B)(iv); LBR 1007-1(c)(1); 11 U.S.C. §521(i)(1) failure to file this document is an automatic dismissal on the 46th day]. **The last day is May 22, 2020.**   The local rules have changed where debtors deposit the paystubs [Local Rule 1007-1(c)(1)] thereby eliminating the clerks ability to automatically dismiss the case when the paystubs are not filed by the 45th day.

 4. Failure to file complete and accurate Chapter 13 Plan, schedules and statements; i.e. Schedule A/B, Schedule E/F, Schedule G, Schedule H, Statement of Financial Affairs.  [11 U.S.C §521] and/or F.R.B.P 1007.

 5. Failure to set a plan for hearing with notice to creditors.

 **WHEREFORE**, the Trustee requests the court dismiss this case.

DATED:  5-18-20

/s/ Michael H. Meyer
Michael H. Meyer, Chapter 13 Trustee