CASE # 20-11345
Michael PORTER

Dear Judge,                                                    6/24/2020

I was involved with a preditory lender and because of them, Covid 9 and the circumstances I would ask you to Grant me and allow me to obtain court proceedings with the fedral courts. I have proof of the fraud by the lawyers. The DRE is investigating this as we speek as they have been (the lawyers convicted of this and are on probation for this same thing. I just received the packet to file charges with the D.A. The last court date I was told, that the Judge ruled on it the day before with out notifying me. I am serching for another lawyer as we speek and am having alot of trouble finding one who handles this type of case with its specifications in such a short time. The other lawyer complained that everything is hand written but thats all I know how to do as my lawyers will not do anything and my hand written papers are all that I was able to give. I was instructed to go to bankruptcy court and I did not want to, I only want to prove fraud and save my home and get a real loan with a real lendar.

Please allow me to present the list of evidence and continue the stay until the DRE and DA can finish the investigation.

                            Thank You Sincerly Mike Porter